# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 21, 2013 |
| Court Reporter: Terri Lindblom | Time: 41 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO.  11-CR-00446-PAB**

<u>Parties</u>                                                                   <u>Counsel</u>

**UNITED STATES OF AMERICA,**                     David Conner

         Plaintiff,

vs.

**JONATHAN WILLIS,**                                          LaFonda Traore

         Defendant.

## SENTENCING

**2:04 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Court addresses defendant's objections to the presentence investigation report.

Page Two
11-CR-00446-PAB
February 21, 2013

**ORDERED:** Defendant's Motion for Non-Guideline Sentence for a Below-Guideline Range Sentence (Doc #26) is **WITHDRAWN**.

Ms. Traore addresses sentencing.

Mr. Conner addresses sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **September 21, 2012** to count **1 of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **51** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility with a substance abuse program and that the defendant take advantage of that program.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Page Three
11-CR-00446-PAB
February 21, 2013

       ( )     Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
      (**X**)    Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (Doc #19) is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**2:45 p.m.**    **COURT IN RECESS**

**Total in court time:**    **41 minutes**

**Hearing concluded**